# IN THE SUPREME COURT OF THE STATE OF NEVADA

SUE WAGNER, AN INDIVIDUAL,
Appellant,

vs.

BARBARA K. CEGAVSKE, IN HER
OFFICIAL CAPACITY AS NEVADA
SECRETARY; AND PROTECT OUR
GIRLS, A POLITICAL ACTION
COMMITTEE,
Respondents.

No. 85038

FILED

OCT 25 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING APPEAL AND VACATING ORAL ARGUMENT*

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b). Further, the oral argument in this matter currently scheduled for November 7, 2022, at 1:30 p.m. is vacated.

_____, C.J.
Parraguirre

cc:    Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP/Las Vegas
       Wolf, Rifkin, Shapiro, Schulman & Rabkin, LLP/Reno
       Attorney General/Carson City
       Attorney General/Las Vegas
       Hutchison & Steffen, LLC/Reno

22-33636